April 1, 2015

The Court of Criminal Appeals

70,616-05

Trenton L. Jackson
CCA No. WR-70,616-05
Trial Court Cause No.981891-B

Re: Writ of Habeas Corpus

Dear Abel Acosta, Clerk:

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

On 2/10/15, I received a white card from this honorable court granting the 185th district trial court a request for an extension of time to file the supplemental record. The due date is April 1, 2015. This cause was remanded back for a determination of additional facts from your October 23,2013 order.

To this date, the time has elapse and no action has been taken.

Please bring this to the attention of the Judges.

Sincerely

Trenton LeTroy Jackson

Trenton LeTroy Jackson
McConnell Unit
3001 S. Emily Drive
Beeville, Tx 78102